**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**


| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:05-CR-338** |
|---|---|---|
| | : | |
| **v.** | : | **(Judge Conner)** |
| | : | |
| **MARIBEL DAVILA** | : | |

## **O R D E R**

AND NOW, this 17th day of January, 2006, in light of the United State's

Motion to Dismiss pursuant to Rule 48(a), it is hereby ORDERED that the above-

captioned case is dismissed without prejudice.


    /s/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge